Argued and submitted September 7, ballot title certified
as modified September 27, 1983

STREICH,
*Petitioner,*

*v.*

PAULUS,
*Respondent,*
KANTER,
*Intervenor.*

(SC 29847)

669 P2d 793

Norman J. Smith, Portland, argued the cause and filed the petition for petitioner.

William F. Nessley, Assistant Attorney General, Salem, argued the cause for respondent. Michael D. Reynolds, Assistant Attorney General, Salem, filed the answering memorandum for respondent. With him on the answering memorandum were Dave Frohnmayer, Attorney General, William F. Gary, Deputy Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Intervenor Stephen Kanter, Portland, filed an Intervenor's Memorandum, pro se.

PER CURIAM

## PER CURIAM

This petition concerns the same ballot title as we examined in *Clark v. Paulus,* 295 Or 673, 669 P2d 794 (1983). Petitioner Streich's proposed ballot title differs from that proposed by the Attorney General only in the wording of the question. She proposes the question read as follows: "Shall the aggravated murder penalty be death upon certain findings by the jury, and be mandatory imprisonment otherwise?" Our decision in *Clark v. Paulus, supra,* and the reasoning therein, controls in this case also.

Ballot title certified as modified in *Clark v. Paulus, supra.*